## JAMES F. PURSLEY *v.* COMMONWEALTH.

**Recognizances—Bond—Time for Appearance.**
> Where a recognizance bond does not show that accused was
> charged with a public offense and that he was discharged from cus-
> tody by reason of the giving of the bond, and does not stipulate that
> accused should appear before the court for trial of the charge, such
> omissions are fatal to the bond.

### APPEAL FROM BARREN CIRCUIT COURT.

June 3, 1873.

OPINION BY JUDGE PETERS:

It neither appears from the bond or the recognizance in this case that Dennison, for whose appearance appellant undertook, was charged with a public offense; that he was discharged therefrom by reason of the giving of said bond. Nor has appellant stipulated therein that Dennison should appear before the court for the trial of a charge. The omission of these substantial facts is fatal to the bond under Sections 77 and 80 of the Criminal Code.

Wherefore the judgment must be reversed and the cause remanded with directions to dismiss the proceeding against appellant.

*Boles & McQuown, for appellant.*

*Rodman, for appellee.*